UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL STATES, SOUTHEAST and
SOUTHWEST AREAS PENSION FUND,
and HOWARD McDOUGALL, trustee,

                Plaintiffs,            Case No.  04-73593

v.                                District Judge John C. O'Meara
                                Magistrate Judge R. Steven Whalen

GENERAL MATERIALS, INC., d/b/a
WHOLESALE MATERIALS CO.,
a Michigan Corporation,

                Defendant.
_____/

**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT**

For the reasons stated on the record on October 17, 2005, Plaintiff's motion for leave to file its First Amended Complaint [Docket #7] is GRANTED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  October 18, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 18, 2005.

S/Gina Wilson
Judicial Assistant