UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,
and HOWARD McDOUGAL, Trustee

            Plaintiff,               Case No.  04-73593

v.                              District Judge John Corbett O'Meara
                              Magistrate Judge R. Steven Whalen

GENERAL MATERIALS, INC.,
d/b/a WHOLESALE MATERIALS CO.,
a Michigan Corporation,

            Defendants.
_____/

ORDER

Defendant having requested a withdrawal of its Motion to Compel  (filed 5/26/06) [Doc #44]  by a faxed request to withdraw filed June 16, 2006;

IT IS THEREFORE ORDERED that Defendant's Motion to Compel is DISMISSED.

                                S/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on June 16,
2006.


S/Gina Wilson
Judicial Assistant